UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 25-mj-151  (MAU) |
| ) | |
| Tyzell Myrick,  *defendant.*  ) | |

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE NOTE the appearance of Nathan I. Silver, Esq., as attorney of record in the above-referenced case *nunc pro tunc* to the 19th day of August, 2025, under the Criminal Justice Act.

This pleading is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
(240) 441-1199 (cell)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon David B. Liss, Esq. U.S. Department of Justice - USAO (DC), attorney of record for the government, this 19th day of August, 2025.

_____*Nathan I. Silver*_____